UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR04-74-01S** **July 29, 2005**
**CR05-53S ✓**

**TITLE: USA V. JUAN GIRALDO**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 2:06 p.m. - 3:15p.m.**

---

**COUNSEL PRESENT:** **Government - Scott Lawson, AUSA**
**William Weinreb, AUSA**
**Defendant - Randy Olen, Esquire**
**Probation - Kathy Collins**

**RE: Sentencing**

**Proceedings: All counsel of record present; Defendant present; Arguments heard as to the Defendant's objections to the PSR; Court denies the deft's objection to the PsR; Court accepts the PSR as drafted for both matters; Oral motion by the Government for a third level decrease for both cases (CR04-74S/CR05-53S) Court grants oral motion by the Government for a Third Level decrease for acceptance of responsibility; Government recommends the low-end of the guideline range as to case #CR04-74; Government recommends a 15 month sentence as to case #CR05-53; Defense Counsel asked the court to impose the low-end of the guideline range of 60 months. Defendant addresses his statements to the Court; As to Case #05-53S Court imposes 15 months of incarceration as to Counts I through IV to be served concurrently with each other. This term to run concurrent with Case #04-74S; S/R 3 years as to Counts I through IV to run concurrent with each other and Case #04-74S; no fine; Restitution in the amount of $113,466.00 to be paid to the IRS; S/A $100.00 as to Counts I through IV totaling $400.00; Special Condition:While on S/R the defendant shall surrender to the Immigration Officials for**

**deportation. If deported, the defendant shall remain outside the United States; Court advises the defendant of his rights to file an appeal; Defendant remanded into custody.**